

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2021

No. 04-21-00031-CV

**IN THE INTEREST OF C.C., A CHILD**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01368
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Lori I. Valenzuela, Justice

Appellant's motion for rehearing is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court